728 A.2d 1289

IN THE MATTER OF BARRY J. BELMONT,
AN ATTORNEY AT LAW.

May 3, 1999.

## ORDER

The Disciplinary Review Board on December 15, 1998, having filed with the Court its decision concluding that **BARRY J. BELMONT** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 1.5(c) (improper contingent fee), *RPC* 1.15(a) (failure to deposit client funds in New Jersey bank), *RPC* 1.16(d) (failure to turn over client file), *RPC* 5.5(a) (failure to maintain bona fide office) and *RPC* 5.5(b) (assisting a person not a member of the bar of New Jersey to perform activities that constitute the unauthorized practice of law), and good cause appearing;

It is ORDERED that **BARRY J. BELMONT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.